UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:99-CR-471-PMP-RLH |
| vs. | ) |
| MARY SHOREY | ) |
| Defendant. | ) |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#11) on March 15, 2000. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $255,333.00

**Total Amount of Restitution ordered:** $255,333.00

Dated this _30_ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE